THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Jay Lamar
 McClellan,        Appellant.
 
 
 

Appeal From Georgetown County
John M. Milling, Circuit Court Judge

Unpublished Opinion No.
2005-UP-432
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry D.
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney
 General Deborah R. J. Shupe, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jay
McClellan appeals his sentence of nineteen years imprisonment for aiding and
abetting homicide by child abuse.  He maintains the trial court abused its
discretion in failing to grant McClellan a continuance.  After a thorough
review of the record and counsels brief pursuant to Anders v. California,
386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
(1991), we dismiss[1] McClellans
appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.